Joseph L. Oliva, Esq. (SBN 113889)
Shervin Golshani, Esq. (SBN 297320)
Matthew R. Toothacre, Esq. (SBN 330298)
**JOSEPH OLIVA & ASSOCIATES, P.C.**
11956 Bernardo Plaza Dr. #532
San Diego, CA 92128
Phone (858) 304-7400

Attorneys for Plaintiff,
SUNRUN INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNRUN INC., a Delaware Corporation;<br><br>Plaintiff,<br><br>v.<br><br>AXIS SURPLUS INSURANCE COMPANY, an Illinois Corporation.<br><br>Defendant. | Case No.: 21-CV-7529-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION** |

TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

All parties to this action through their designated counsel stipulate that the above-captioned action in its entirety be and is hereby dismissed **without prejudice** pursuant to FRCP 41 (a)(1). Each party shall bear its own costs and attorneys' fees incurred in the action.

Dated:   January 18, 2022          **JOSEPH OLIVA & ASSOCIATES, P.C.**

                      By:     */s/ Joseph L. Oliva*
                              Joseph L. Oliva, Esq.
                              Shervin Golshani, Esq.
                              Matthew R. Toothacre, Esq.
                              Attorneys for Plaintiff,
                              SUNRUN INC.

Dated:     January 18, 2022            **KAUFMAN BORGEEST & RYAN LLP**

By:     /s/ Jeffrey Whittington
Jeffrey Whittington, Esq.
Attorneys for Defendant,
AXIS SURPLUS INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____     _____
Hon. Edward M. Chen, USDC

# CERTIFICATE OF SERVICE

*SUNRUN, INC. v. AXIS SURPLUS INSURANCE COMPANY*
U.S. District Court, Northern District of California, Case No. 21-cv-7529-EMC

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 11956 Bernardo Plaza Drive, #532, San Diego CA 92128

On **January 18, 2022**, I caused the following document(s) described as:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION**

to be served to counsel of record in this action as follows:

| | |
|---|---|
| Jeffrey Whittington Esq.<br>KAUFMAN BORGEEST & RYAN LLP<br>21700 Oxnard Street, Suite 1450<br>Woodland Hills, CA 91367<br>Phone (818)880-0992<br>Fax (818)880-0993<br>jwhittington@kbrlaw.com | Attorneys for Defendant,<br>AXIS SURPLUS INSURANCE COMPANY |

☐ **BY ELECTRONIC SERVICE:** I transmitted the documents to the persons at the electronic mail addresses identified above.

☒ **BY CM/ECF:** I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DATED this 18th day of January 2022, at Costa Mesa, California.

*/s/ Angelina Tilly*
Angelina Tilly